# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CRAFTSHACK, INC., | Case No.: CV 20-8700-DMG (MAAx) |
|---|---|
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [30]** |
| v. | |
| DRIZLY, LLC, | |
| Defendant. | |

Based on the parties' stipulation [Doc. # 30], and good cause appearing,

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice; and
2. The parties will each bear their own respective costs and attorneys' fees as incurred against one another in connection with this action.

DATED:  March 8, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE